IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LAWRENCE BLITZ                          )
                                        )
v.                                      ) NO. 3-11-0992
                                        ) JUDGE CAMPBELL
AGFEED INDUSTRIES, INC., et al.         )
                                        )
THIS DOCUMENT RELATES TO:               )
CASE NO. 3-11-1087                      )


ORDER


        Pending before the Court are two Motions to Consolidate Cases in the above-captioned case

(No. 3-11-1087) (Docket Nos. 10 and 14).  The Motions are referred to the Magistrate Judge in

accordance with the Court's Order (Docket No. 20) in the main case (No. 3-11-0992).

        IT IS SO ORDERED.


                                        _____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE