# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LAWRENCE BLITZ, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>AGFEED INDUSTRIES, INC., JOHN A. STADLER, GERARD DAIGNAULT, CLAY MARSHALL, EDWARD PAZDRO,  IVAN GOTHNER, FREDERIC RITTEREISER, ARNOLD STALOFF, SONGYAN LI, SELINA JIN, LIANGFAN YAN, JUNHONG XIONG, GOLDMAN KURLAND & MOHIDIN, LLP, AND McGLADREY & PULLEN LLP<br><br>Defendants. | ) No. 3:11-cv-0992<br>)<br>)<br>) CONSOLIDATED CLASS ACTION<br>)<br>) Chief Judge Todd J. Campbell<br>) Magistrate Judge E. Clifton Knowles<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THIS MATTER having come before the Court by stipulation of the parties, and through counsel for Lead Plaintiffs William McCaffery, Ginger-Haubeck McCaffery, Joseph Boccuti, Larry Ewing and Stephen Arseneault ("Lead Plaintiffs"), along with Defendants John A. Stadler, Gerard Daignault, Clay Marshall, Edward Pazdro, Arnold Staloff, Frederic Rittereiser, and Ivan Gothner ("U.S. Defendants") (collectively "Movants"), IT IS ORDERED THAT:

1. Lead Plaintiffs' opposition to U.S. Defendants' Motion to Dismiss the Second Amended Complaint shall be filed no later than March 10, 2014; and

2. Moving U.S. Defendants shall file reply memoranda, if any, in support of their pending Motion to Dismiss the Second Amended Complaint no later than April 10, 2014.

1

SO ORDERED:

_____
E. Clifton Knowles
United States Magistrate Judge