ORDER: Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LAWRENCE BLITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>AGFEED INDUSTRIES, INC., JOHN A. STADLER, GERARD DAIGNAULT, CLAY MARSHALL, EDWARD PAZDRO, SONGYAN LI, SELINA JIN, LIANGFAN YAN, JUNHONG XIONG, GOLDMAN KURLAND & MOHIDIN, LLP, and McGLADREY & PULLEN LLP<br><br>                Defendants. | No. 3:11-cv-0992<br><br>CONSOLIDATED CLASS ACTION<br><br>Chief Judge Todd J. Campbell<br>Magistrate Judge E. Clifton Knowles |

## REQUEST FOR TELEPHONIC APPEARANCE

Pursuant to Section II(C) of the Practice and Procedure Manual for Judges and Magistrate Judges for the Middle District of Tennessee (Magistrate Judge Clifton E. Knowles), Lead Plaintiffs William McCaffery, Ginger-Haubeck McCaffery, Joseph Boccuti, Larry Ewing and Stephen Arseneault respectfully request leave to appear telephonically at the Case Management Conference in the above matter scheduled for September 3, 2014 at 10:30 a.m. before the Honorable Clifton E. Knowles.

Lead Plaintiffs make this request because their counsel most knowledgeable about the status of the settlement to be addressed at the Conference is located in Chicago, Illinois and has prior commitments that would make personal attendance difficult. Lead Plaintiffs understand that this Court has previously granted leave for counsel for