IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAWRENCE BLITZ, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO. 3:11-0992 |
| vs. | ) ) ) ) | JUDGE CAMPBELL/KNOWLES |
| AGFEED INDUSTRIES, INC., JOHN A. STADLER, GERARD DAIGNAULT, CLAY MARSHALL, EDWARD PAZDRO, SONGYAN LI, SELINA JIN, LIANGFAN YAN, JUNHONG XIONG, GOLDMAN KURLAND & MOHIDIN, LLP, and McGLADREY & PULLEN LLP, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court upon two Motions to Dismiss Plaintiffs' Second Consolidated Amended Class Action Complaint, one filed by Defendant McGladrey & Pullen LLP (Docket No. 188), and the other filed by Defendants John A. Stadler, Gerard Daignault, Clay Marshall, Edward Pazdro, Arnold Staloff, Frederic Rittereiser, and Kay Ivan Gothner (Docket No. 193). Both Motions have been referred to the undersigned. Docket Nos. 190, 198.

On August 14, 2014, the parties filed a "Joint Report on Settlement." Docket No. 213. That Report states in relevant part, "A settlement of all claims asserted in this action other than claims against Goldman, Kurland, & Mohidin LLP has been reached and the parties have

finalized the terms of a stipulation of settlement."[1]  *Id*., p. 1.

In view of the foregoing, the instant Motions to Dismiss (Docket Nos. 188, 193) are DENIED AS MOOT.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge

---

[1] On September 5, 2014, the undersigned submitted a Report and Recommendation (Docket No. 222), recommending that a Motion to Dismiss the Second Consolidated Amended Class Action Complaint filed by Goldman, Kurland, & Mohidin (Docket No. 186) be granted.