IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LAWRENCE BLITZ, et al. )
)
v. ) NO. 3-11-0992 (Lead case)
) JUDGE CAMPBELL
AGFEED INDUSTRIES, INC., et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 222), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendant Goldman Kurland & Modhidin, LLP (Docket No. 186) is GRANTED, and Plaintiffs' claims against Defendant Goldman Kurland & Modhidin, LLP are DISMISSED.

The remaining claims are the subject of a Motion for Preliminary Approval of Class Action Settlement, which will be heard in this Court on October 2, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE